USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 04 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lee E. Buchwald,

           Plaintiff,

–v–

The Renco Group, *et al.*,

           Defendants.

13-cv-7948 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' letter submissions regarding entry of judgment before deciding the issue of prejudgment interest. The parties are correct that the Court's order at Docket No. 311 contained a typographical error, and that the Court intended for the parties to address prejudgment interest, rather than postjudgment interest.

    Having read the parties' submissions, the Court will abstain from entering judgment until after the briefing ordered orally on the last day of trial, February 27, 2015, is received.

    Additionally, Plaintiff is hereby ORDERED to submit a proposed judgment along with its briefing on prejudgment interest. Defendants may indicate any specific objections to the content of Plaintiff's proposed judgment, and grounds supporting those objections, when they file their responsive briefing on prejudgment interest.

    SO ORDERED.

Dated: March 4, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge