UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
LEE E. BUCHWALD, as Chapter 7 Trustee for : Case No. 1:13-CV-07948-AJN
Magnesium Corporation of America and Related :
Debtor, Renco Metals, Inc., :
 :
                       X **TRUSTEE'S SUBMISSION OF**
               Plaintiff, : **PROPOSED FORM OF**
: **JUDGMENT IN A CIVIL ACTION**
               vs. :
 X
 :
THE RENCO GROUP, INC., a Delaware :
corporation; K. SABEL HOLDINGS, INC., an :
Alabama corporation; KPMG PEAT :
MARWICK LLP; DONALDSON, LUFKIN & :
JENRETTE SECURITIES CORPORATION; :
HOULIHAN LOKEY HOWARD & ZUKIN; :
CADWALADER, WICKERSHAM & TAFT, :
LLP; IRA LEON RENNERT; ROGER L. FAY; :
JUSTIN W. D'ATRI; DENNIS A. :
SADLOWSKI; MICHAEL C. RYAN; :
MICHAEL H. LEGGE; RON L. THAYER; :
TODD R. OGAARD; LEE R. BROWN; :
HOWARD I. KAPLAN; KEITH SABEL; :
UNIDENTIFIED TRUSTEES of Trusts :
Established by Ira Leon Rennert; and DOES I :
through XX, :
 :
               Defendants. :
 :
------------------------------------------------------------ X

188803

Pursuant to the Court's Order dated 4 March 2015, the Trustee submits the attached proposed form of judgment to be entered in this action, based upon the jury's verdict and including prejudgment interest, as requested in the Trustee's brief with respect to the subject of prejudgment interest.

Respectfully submitted this 6th day of March 2015.

**BEUS GILBERT PLLC**

By: *Scot C. Stirling*
Leo R. Beus (Arizona Bar No. 002687) Admitted *Pro Hac Vice*
lbeus@beusgilbert.com
Scot C. Stirling (Arizona Bar No. 005757) Admitted *Pro Hac Vice*
sstirling@beusgilbert.com
Malcolm Loeb (Arizona Bar No. 017338) Admitted *Pro Hac Vice*
mloeb@beusgilbert.com
Robert O. Stirling
rstirling@beusgilbert.com
701 North 44th Street
Phoenix, Arizona  85008-6504
Telephone:    (480) 429-3000
Fax:          (480) 429-3100
*Attorneys for Plaintiff*