USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Lee E. Buchwald,

                          Plaintiffs,                          13 **CIVIL** 7948 (AJN)

            -against-                                          **JUDGMENT**

The Renco Group, et al.,,

                          Defendants.
-------------------------------------------------------------X

Whereas this Court having held a jury trial from February 2-27, 2015; the Jury having found

in favor of Plaintiff and awarded the following: $101,000,000 against The Renco Group, Inc.;

$1,000,000 against The Renco Group, Inc., for punitive damages; and $16,222,000 against Ira

Rennert and Trustees of the Renco Trusts; before the Court is the question of whether Plaintiff is

entitled to recover prejudgment interest, and if so, the amount of prejudgment interest that Plaintiff

shall recover, and the matter having come before the Honorable Alison J. Nathan, United States

District Judge, and the Court, on March 16, 2015, having rendered its Memorandum and Order that

judgment in this action shall include prejudgment interest at a rate of six percent per annum, not

compounded, and beginning on the date that the bankruptcy petition was filed, August 2, 2001,

requesting the Clerk to prepare a judgment reflecting a damages award against The Renco Group,

Inc., in the amount of $101,000,000, plus prejudgment interest at the rate of 6% per annum, not

compounded, and commencing on August 2, 2001; and an additional award of $1,000,000 in

punitive damages, with no prejudgment interest, that post-judgment interest shall apply at the

applicable rate under 28 U.S.C. § 1961, that the judgment should further indicate a damages award

against Ira Rennert and the Trustees of Trusts Established by Ira Rennert, jointly and severally, in

the amount of $16,220,000, plus prejudgment interest at a rate of 6% per annum, not compounded,

and commencing on August 2, 2001, that post-judgment interest shall apply at the applicable rate under 28 U.S.C. § 1961, that the judgment should finally indicate that Plaintiff shall recover nothing, and the action shall be dismissed, against the following Defendants: KPMG Peat Marwick LLP; Donaldson, Lufkin & Jenrette Securities Corporation; Houlihan Lokey Howard & Zukin; Cadwalader, Wickersham & Taft, LLP; Roger L. Fay; Justin W. D' Atri; Dennis A. Sadlowski; Michael C. Ryan; Michael H. Legge; Ron L. Thayer; Todd R. Ogaard; Lee R. Brown; and Howard I. Kaplan, and that dismissal of claims shall also be final as against K. Sabel Holdings, Inc., and Keith Sabel, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 16, 2015, judgment is entered as follows:

1.    in favor of Plaintiff against The Renco Group, Inc., in the amount of $101,000,000, plus prejudgment interest at the rate of 6% per annum, not compounded, and commencing on August 2, 2001, of $82,698,246.58 and an additional award of $1,000,000 in punitive damages, with no prejudgment interest, amounting in all to $184,698,246.58; Post-judgment interest shall apply at the applicable rate under 28 U.S.C. § 1961;

2.    in favor of Plaintiff against Ira Rennert and the Trustees of Trusts Established by Ira Rennert, jointly and severally, in the amount of $16,220,000, plus prejudgment interest at a rate of 6% per annum, not compounded, and commencing on August 2, 2001 of $13,280,847.12, for a total sum of $29,500,847.12; Post-judgment interest shall apply at the applicable rate under 28 U.S.C. § 1961;

3.    Plaintiff shall recover nothing, and the action is dismissed, against the following Defendants: KPMG Peat Marwick LLP; Donaldson, Lufkin & Jenrette Securities Corporation; Houlihan Lokey Howard & Zukin; Cadwalader, Wickersham & Taft, LLP; Roger L. Fay; Justin W.

D' Atri; Dennis A. Sadlowski; Michael C. Ryan; Michael H. Legge; Ron L. Thayer; Todd

R. Ogaard; Lee R. Brown; and Howard I. Kaplan, and the dismissal of claims is final as

against K. Sabel Holdings, Inc., and Keith Sabel.

**Dated:**  New York, New York
  March 23, 2014


**RUBY J. KRAJICK**

Clerk of Court

**BY:**

Deputy Clerk


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____