UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                   :

LEE E. BUCHWALD, as Chapter 7 Trustee for    :   Case No. 1:13-CV-07948-AJN
Magnesium Corporation of America and Related :
Debtor, Renco Metals, Inc.,                        :   **DECLARATION OF SCOT C.**
                                                   X   **STIRLING IN SUPPORT OF**
                Plaintiff,                                 :   **PLAINTIFF TRUSTEE'S**
                                                       :   **MOTION TO ALTER OR**
                vs.                                             :   **AMEND JUDGMENT RE**
                                                      X   **AWARD OF**
THE RENCO GROUP, INC., a Delaware           :   **PREJUDGMENT INTEREST**
corporation; K. SABEL HOLDINGS, INC., an  :
Alabama corporation; KPMG PEAT                :
MARWICK LLP; DONALDSON, LUFKIN &     :
JENRETTE SECURITIES CORPORATION;      :
HOULIHAN LOKEY HOWARD & ZUKIN;        :
CADWALADER, WICKERSHAM & TAFT,     :
LLP; IRA LEON RENNERT; ROGER L. FAY;   :
JUSTIN W. D'ATRI; DENNIS A.                       :
SADLOWSKI; MICHAEL C. RYAN;                   :
MICHAEL H. LEGGE; RON L. THAYER;       :
TODD R. OGAARD; LEE R. BROWN;                 :
HOWARD I. KAPLAN; KEITH SABEL;           :
UNIDENTIFIED TRUSTEES of Trusts            :
Established by Ira Leon Rennert; and DOES I  :
through XX,                                                 :
                                                      :
              Defendants.                       :
                                                      :
------------------------------------------------------------ X

Scot C. Stirling, an attorney admitted *Pro Hac Vice* to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney in the law firm of Beus Gilbert PLLC, attorneys for Plaintiff Lee Buchwald as Chapter 7 Trustee for Magnesium Corporation of America and Related Debtor, Renco Metals, Inc., in the above-entitled proceeding. I am fully familiar with the statements set forth below, and I submit this declaration in support of Plaintiff Trustee's Motion to Alter or Amend Judgment Re Award of Prejudgment Interest.

2. Attached hereto as Exhibit A is a true and correct copy of graphs showing the yields to worst for three BofA Merrill Lynch High Yield Indexes for the period from 31 December 1996 to 31 December 2014, representing the data published at the St. Louis Federal Reserve website at https://research.stlouisfed.org/fred2/categories/32347, for B-rated bonds https://research.stlouisfed.org/fred2/series/BAMLH0A2HYBSYTW for BB-rated bonds https://research.stlouisfed.org/fred2/series/BAMLH0A1HYBBSYTW and for the wider high-yield index https://research.stlouisfed.org/fred2/series/BAMLH0A0HYM2SYTW for that period.

3. Attached hereto as Exhibit B is a true and correct copy of a graphs showing the yields to worst for three BofA Merrill Lynch US High Yield Indexes for the period from July 2000 to 31 December 2014, representing the data published at the St. Louis Federal Reserve website at https://research.stlouisfed.org/fred2/categories/32347, for B-rated bonds https://research.stlouisfed.org/fred2/series/BAMLH0A2HYBSYTW for BB-rated bonds https://research.stlouisfed.org/fred2/series/BAMLH0A1HYBBSYTW and for the wider high-yield index https://research.stlouisfed.org/fred2/series/BAMLH0A0HYM2SYTW for that period.

4. Attached hereto as Exhibit C is a true and correct copy of a Standard & Poor's Report titled "2011 Annual U.S. Corporate Default Study And Rating Transitions," available at

190294

http://www.standardandpoors.com/ratings/articles/en/us/?articleType=HTML&assetID=1245331026864.

5. Attached hereto as Exhibit D is a true and correct copy of a Moody's Report titled "Corporate Default and Recovery Rates, 1920-2010," available at

http://efinance.org.cn/cn/FEben/Corporate%20Default%20and%20Recovery%20Rates,1920-2010.pdf.

Dated: April 20, 2015

*s/ Scot C. Stirling*

Leo R. Beus (Arizona Bar No. 002687) Admitted *Pro Hac Vice*
lbeus@beusgilbert.com
Scot C. Stirling (Arizona Bar No. 005757) Admitted *Pro Hac Vice*
sstirling@beusgilbert.com
Malcolm Loeb (Arizona Bar No. 017338) Admitted *Pro Hac Vice*
mloeb@beusgilbert.com
Robert O. Stirling (Arizona Bar No. 027749) Admitted *Pro Hac Vice*
rstirling@beusgilbert.com
Nishan Wilde (Arizona Bar No. 031447) Admitted *Pro Hac Vice*
nwilde@beusgilbert.com
701 North 44th Street
Phoenix, Arizona  85008-6504
Telephone:	(480) 429-3000
Fax:	(480) 429-3100
*Attorneys for Plaintiff*

190294