DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Lee E. Buchwald,

                      Plaintiffs,

               -against-

The Renco Group, et al.,,

                      Defendants.
------------------------------------------------------------X

13 CIVIL 7948 (AJN)

2nd **AMENDED JUDGMENT**

This matter having came before the Court for a jury trial beginning on February 2, 2015; on February 27, 2015, the Jury returned a unanimous verdict in Plaintiff's favor on claims of fraudulent conveyance, aiding and abetting fraudulent conveyance, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, and unjust enrichment; the jury awarded Plaintiff compensatory damages of $101,000,000 against Defendant The Renco Group, Inc. and $16,220,000 against Defendants Ira Rennert and Trustees of the Renco Trust, jointly and severally; the jury also assessed $1,000,000 in punitive damages against the Renco Group, Inc.; on March 16, 2015, the Court in its discretion determined that the appropriate rate of prejudgment interest was six per cent per year, see Dkt. No. 342, and on March 23, 2015, the Clerk entered final judgment, see Dkt, No. 389; on August 19, 2015, the Court having rendered its Memorandum and Order granting the motion by Defendants The Renco Group, Ira Rennert, and the Trustees of the Rennert Trusts for judgment as a matter of law with respect to Plaintiff's claims for unjust enrichment and punitive damages, and denying it in all other respects, denying the same Defendants' motion for a new trial, denying the remaining defendants' motion for judgment as a matter of law as moot, denying Plaintiff's motion to alter or amend the judgment to increase the amount of prejudgment interest, because the trustees of the Rennert Trust were liable only for Plaintiff's unjust enrichment claim, requesting the Clerk to amend the judgment to indicate that Plaintiff shall take nothing from Defendant Trustees of the Rennert

Trust, further requesting the Clerk to amend the judgment to remove any punitive damages award, the judgment shall otherwise stay the same, and also requesting the Clerk to terminate the case now; thereafter, Defendants The Renco Group, Inc., Ira Rennert, and the Trustees of the Rennert Trust having moved to amend the Judgment pursuant to Fed. R. Civ. P. 59(e), and the motion having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on September 21, 2015, having rendered its Memo Endorsed Order granting Defendants' proposal that numbered paragraph 2 of the August 24 judgment be revised to state the following:

> 2.    in favor of Plaintiff against Ira Rennert in the amount of $16,220,000, plus prejudgment interest at a rate of 6% per annum, not compounded, and commencing on August 2, 2001 of $13,280,847.12, for a total sum of $29,500,847.12; post-judgment interest shall apply at the applicable rate under 28 U.S.C. § 1961;

it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Orders dated March 16, 2015 and August 19, 2015, and Memo Endorsed Order dated September 21, 2015, the Motion by Defendants The Renco Group, Ira Rennert, and the Trustees of the Rennert Trust for judgment as a matter of law is granted with respect to Plaintiff's claims for unjust enrichment and punitive damages, and denied in all other respects; the same Defendants' motion for a new trial is denied; the remaining Defendants' motion for judgment as a matter of law if denied as moot; Plaintiff's motion to alter or amend the judgment to increase the amount of prejudgment interest is denied; and judgment is hereby entered as follows:

1.    in favor of Plaintiff against The Renco Group, Inc., in the amount of $101,000,000, plus prejudgment interest at the rate of 6% per annum, not compounded, and commencing on August 2, 2001, of $82,698,246.58, amounting in all to $183,698,246.58; Post-judgment

interest shall apply at the applicable rate under 28 U.S.C. § 1961;

2. in favor of Plaintiff against Ira Rennert in the amount of $16,220,000, plus prejudgment interest at a rate of 6% per annum, not compounded, and commencing on August 2, 2001 of $13,280,847.12, for a total sum of $29,500,847.12; post-judgment interest shall apply at the applicable rate under 28 U.S.C. § 1961;

3. Plaintiff shall recover nothing, and the action is dismissed, against the following Defendants: KPMG Peat Marwick LLP; Donaldson, Lufkin & Jenrette Securities Corporation; Houlihan Lokey Howard & Zukin; Cadwalader, Wickersham & Taft, LLP; Roger L. Fay; Justin W. D' Atri; Dennis A. Sadlowski; Michael C. Ryan; Michael H. Legge; Ron L. Thayer; Todd R. Ogaard; Lee R. Brown; and Howard I. Kaplan, and the dismissal of claims is final as against K. Sabel Holdings, Inc., and Keith Sabel; accordingly: the case is closed.

**Dated:** New York, New York
September 25, 2014

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____